William Burke Harmon et al., appellees, v. Michele Vinci, appellant. Gen. No. 40,359.

Opinion filed February 27, 1939.

Taylor, Cuttone, Partridge & Parker, for appellant; Ode L. Rankin, of counsel. Barre Blumenthal, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Dearborn-Lake Garage, Inc., appellant, v. Sol D. Golby, appellee. Gen. No. 40,468.

Opinion filed February 27, 1939.

Donald J. Seeley, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Hibbard, Spencer, Bartlett and Company, appellant, v. City of Chicago, appellee. Gen. No. 40,687.

Opinion filed March 3, 1939. Rehearing denied March 6, 1939.

George A. Mason and Mason & Mason, for appellant; Howard F. Bishop, Edwin D. Lawlor, George A. Mason, Jr., John V. Norcross, Daniel S. Wentworth and Weightstill Woods, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Joseph F. Grossman, First Assistant Corporation Counsel, and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.